IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL FILE NO. 1:16-CR-145-12-TWT |
| PERRY GREEN also known as Lucky, Defendant. | |

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1157] of the Magistrate Judge recommending denying the Defendant's Motion for Bill of Particulars [Doc. 742] and denying the Defendant's Motion for Severance [Doc. 744]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Bill of Particulars [Doc. 742] and the Defendant's Motion for Severance [Doc. 744] are DENIED.

SO ORDERED, this 15 day of October, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge